UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-MJ-01239-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| REBECCCA IRENE MARSHBURN | |

This matter having come before the Court by Motion of the Office of the Federal Public Defender to modify pretrial release conditions, and for good cause shown, with the consent of the Government and the Probation Office, it is hereby ORDERED that the following conditions are lifted: Curfew 7(p), and electronic monitoring 7(q).

SO ORDERED, this _29_ day of October 2024.

_____
Robert B. Jones, Jr.
United States Magistrate Judge